IN THE UNITED STATES DISTRICT COURT
FOR THE SOUTHERN DISTRICT OF ALABAMA
SOUTHERN DIVISION

| | |
|---|---|
| EMOGENE RICHARDSON BROWN, | * |
| Plaintiff, | * |
| vs. | * CIVIL ACTION NO. 19-00066-JB-B |
| CERTAIN UNDERWRITERS MENDES & MOUNT, *et al.*, | * |
| Defendants. | * |

## ORDER

After due and proper consideration of all portions of this file deemed relevant to the issues raised, and a *de novo* determination of those portions of the Report and Recommendation to which objection is made, the Report and Recommendation of the Magistrate Judge made under 28 U.S.C. § 636(b)(1)(A) and dated July 15, 2019 (Doc. 5) is **ADOPTED** as the opinion of this Court. It is **ORDERED** that this action be **DISMISSED** without prejudice, prior to service of process, for lack of subject matter jurisdiction.

**DONE** this 29th day of July, 2019.

s/JEFFREY U. BEAVERSTOCK
**UNITED STATES DISTRICT JUDGE**