**IN THE UNITED STATES DISTRICT COURT
FOR THE SOUTHERN DISTRICT OF ALABAMA
SOUTHERN DIVISION**

| | |
|---|---|
| **EMOGENE RICHARDSON BROWN,** | * |
| | * |
| Plaintiff, | * |
| | * |
| vs. | * CIVIL ACTION NO. 19-00066-JB-B |
| | * |
| **CERTAIN UNDERWRITERS MENDES &** | * |
| **MOUNT,** *et al.*, | * |
| | * |
| Defendants. | * |

## JUDGMENT

It is **ORDERED, ADJUDGED,** and **DECREED** that this action be **DISMISSED** without prejudice for lack of subject matter jurisdiction.

**DONE** this 29th of July, 2019.

                                            **s/JEFFREY U. BEAVERSTOCK
UNITED STATES DISTRICT JUDGE**